IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re:  MARK THOMPKINS | * | Case No. 15-73042-wlh |
| CYNTHIA THOMPKINS | * | Chapter 13 |
| | * | |
| _____ | * | |

### WITHDRAWEL OF OBJECTION TO PROOF OF CLAIM

COMES NOW Mark & Cynthia Thompkins debtors herein and files this withdrawal of objection to proof of claim. ( Doc #37)

WHEREFORE, debtor requests that the Court withdraw the debtors objection .

Dated this 22nd day of June , 2016.

Respectfully submitted,

_____/s/_____
Shonterria Martin  Stokes
Counsel for debtor
State Bar No. 474150
1590 Adamson Pkwy Suite 100
Morrow, GA 30260
678-422-6275

I have served the foregoing upon the following persons:

Nancy J. Whaley
303 Peachtree Center Ave.
NE Suite 120
Atlanta, GA 30303

Mark & Cynthia Thompkins
5943 Coatsworth Dr.
Rex, GA 30273

United Consumer Financial Services c/o
David M. Cox P.C. Agent for Bass & Associates
527 Candler Street
Atlanta, GA 30307


Bass & Associates
Rita Torres
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712


Executed on : 06/22/2016                              By: _/s/_____
                                                      Attorney for Debtor
                                                       Shonterria Martin Stokes
                                                       State Bar No. 238325
                                                      (678) 422-6275